**99–1337. Galmish v. Cicchini.**
Stark App. Nos. 97CA00326 and 97CA00403. On amended motion to remand to the Stark County Court of Appeals, Fifth District. Motion denied.

**99–1659. State ex rel. Messina v. Steiner.**
In Mandamus. On motion to dismiss. *Sua sponte,* alternative writ granted.

**99–1960. State v. Moore.**
Fairfield App. No. 99CA24. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed October 25, 1999, at page 2:
"Is the odor of burnt·marijuana, alone, sufficient to provide probable cause to search a defendant's motor vehicle?"
F.E. SWEENEY and COOK, JJ., dissent.
*Sua sponte,* cause consolidated with 99–1855, *State v. Moore,* Fairfield App. No. 99CA24.
The conflict cases are *State v. Younts* (1993), 92 Ohio App.3d 708, 637 N.E.2d 64; and *State v. Haynes* (July 19, 1996), Portage App. No. 95–P–0007, unreported, 1996 WL 649167.

**99–1962. Johnson v. Rhodes.**
Washington App. No. 98CA26. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Entry filed October 5, 1999, at page 3:
"Pursuant to S.Ct.Prac.R. IV(2)(A), this court determines that a conflict exists between the districts on these issues: (1) whether Ohio Revised Code Section 2305.15 as construed in *Wetzel v. Weyant* (1975), 41 Ohio St.2d 135 [70 O.O.2d 227, 323 N.E.2d 711], is unconstitutional for the reason that it constitutes a burden on interstate commerce under the holding in *Bendix Autolite Corp. v. Midwesco Enterprises, Inc.* (1988), 486 U.S. 888, 108 S.Ct. 2218 [100 L.Ed.2d 896]; and (2) whether the statute of limitations under Ohio Revised Code Section 2305.15 is tolled when a person is temporarily out of the State of Ohio for other than business reasons."
RESNICK and PFEIFER, JJ., dissent.
*Sua sponte,* cause consolidated with 99–1652, *Johnson v. Rhodes,* Washington App. No. 98CA26.
The conflict cases are *Brown v. Lavery* (1993), 87 Ohio App.3d 745, 622 N.E.2d 1179; *Gehr v. Elden* (July 8, 1992), Lorain App. No. 91CA005192, unreported, 1992 WL 161393; and *Hoagland v. Webb* (June 3, 1994), Montgomery App. Nos. 14024 and 14061, unreported, 1994 WL 237504.

**99–2018. State v. James.**
Franklin App. No. 98AP–673. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.
LUNDBERG STRATTON, J., not participating.

**99–2056. Hadick v. Jones.**
Summit App. No. 19427. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., RESNICK, and F.E. SWEENEY, JJ., dissent.

**99–2075. State v. Kirkwood.**
Lucas App. No. L–98–1381. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.
RESNICK, J., not participating.

**99–2079. State v. Wright.**
Hamilton App. No. C–980046. On motion for leave to file delayed appeal. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**99–1521. State ex rel. Dispatch Printing Co. v. Columbus.**
Franklin App. No. 99AP–766.
MOYER, C.J., and COOK, J., dissent.